UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **ALLEN WOODARD** | : | **DOCKET NO. 2:21CV00059-TAD-KK** |
| **VS.** | : | **JUDGE TERRY A. DOUGHTY** |
| **DEPUTY EDDIE CAROL, ET AL.** | : | **MAGISTRATE JUDGE KATHLEEN KAY** |

**MOTION TO SUPPLEMENT [DOC 20] DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT PURSUANT TO RULE 56(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE**

**NOW INTO COURT**, come Defendants, **Tony Mancuso, in his official capacity as the Sheriff of Calcasieu Parish, and Eddie Curol, individually, and in his official capacity as a Calcasieu Parish Deputy[1], and Deputy Hall, individually, and in his official capacity as a Calcasieu Parish Deputy**, hereinafter referred to as "CPSO Defendants", through undersigned counsel, Robert C. McCorquodale, who respectfully move this Honorable Court that they be allowed to supplement Defendants' Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment Pursuant to Rule 56(a) of the Federal Rules of Civil Procedure [Doc 20], for the reasons set forth below:

1.

Defendants herein filed their Reply [Doc 20] to Plaintiff's Opposition to Defendants' Motion for Summary Judgment on February 18, 2022. Attached, as Exhibit 1, in globo, to Defendants' Reply was the deposition of defendants' expert, Terry Anderson [Doc 20-1].

---
[1] Inadvertently named in the instant lawsuit as "Eddie Carol".

1

2.

On February 22, 2022, at 5:58pm., defendants received from the certified court reporter (Nicole M. Crabb), who took the testimony of Terry Anderson, the executed Errata Sheet (Transcript Corrections/Changes) along with the Witness' Attestation signed by Terry Anderson.

3.

The Errata Sheet reflected changes / corrections by Mr. Anderson to his deposition which was attached as Exhibit 1, in globo [Doc 20-1] to Defendants' Reply [Doc 20].

4.

Inasmuch as these changes/corrections reflected in the Errata Sheet were received after the filing of defendants' reply to plaintiff's opposition, defendants herein request that they be allowed to attach the executed Errata Sheet and Witness' Attestation, as Exhibit 1A, in globo, in supplementation to Defendants' Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment Pursuant to Rule 56(a) of the Federal Rules of Civil Procedure [DOC 20] filed herein.

**WHEREFORE**, Defendants, **Tony Mancuso, in his official capacity as the Sheriff of Calcasieu Parish, and Eddie Curol, individually, and in his official capacity as a Calcasieu Parish Deputy[2], and Deputy Hall, individually, and in his official capacity as a Calcasieu Parish Deputy**, hereinafter referred to as "CPSO Defendants", through undersigned counsel, Robert C. McCorquodale, pray that this Honorable Court grant the allowance of the supplement attached

---

[2] Inadvertently named in the instant lawsuit as "Eddie Carol".

herein as Exhibit 1A, in globo, to Defendants' Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment [Doc 20].

Respectfully submitted,

 /s/ Robert C. McCorquodale
Robert C. McCorquodale
In-House Counsel
Calcasieu Parish Sheriff's Office
Bar Roll Number 19965
1011 Lakeshore Drive, Suite 203
Lake Charles, LA  70601
Telephone:  (337) 491-3622
Facsimile:  (337) 433-6326
E-mail:  rmccorquodale@cpso.com
**Counsel for CPSO Defendants**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUSIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **ALLEN WOODARD** | **CIVIL ACTION NO. 2:21CV00059** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **DEPUTY EDDIE CAROL, ET AL.** | **MAGISTRATE JUDGE KAY** |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 3, 2022, a copy of the foregoing Motion to Supplement [Doc 20] Defendants' Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment Pursuant to Rule 56(a) of the Federal Rules of Civil Procedure was filed electronically with the Clerk of Court using the CM/ECF system, and a copy of the foregoing pleading was served on all parties and/or counsel for all parties to this proceeding, by mailing the same by United States Mail, postage prepaid and properly addressed to Mary K. Beaird, Attorney at Law, 303 E. Texas Street, Leesville, Louisiana, 71446, or by electronic means if said attorney is a CM/ECF participant, as may be appropriate.

Lake Charles, Louisiana, this 3rd day of March, 2022.

      /s/ Robert C. McCorquodale
Robert C. McCorquodale
In House Counsel, Calcasieu Parish Sheriff's Office
Bar Roll Number 19965
1011 Lakeshore Drive, Suite 203
Lake Charles, Louisiana 70601
Telephone: (337) 491-3622; Fax (337) 433-6326
E-mail: rmccorquodale@cpso.com
***Counsel for CPSO DEFENDANTS***