

EXHIBIT
1A
in globo

- Woodard vs. CPSO, et al : Deposition of Terry Anderson -
2/3/2022

## TRANSCRIPT CORRECTIONS/CHANGES

**NAME OF WITNESS:**   Terry Anderson

PAGE NO. __21__          LINE NO. __12__
NOW READS: ___immense to that challenge_____
CHANGE TO: ___commitment to that challenge_____
REASON FOR CHANGE: __wrong word_____

PAGE NO. __21__          LINE NO. __24__
NOW READS: _no we dont do that_____
CHANGE TO: __no we dont punch the dog_____
REASON FOR CHANGE: __misunderstood her question, I thought she was implying that we punch the dog during certification.

PAGE NO. __47__          LINE NO. __6__
NOW READS: _partially_____
CHANGE TO: ___potentially_____
REASON FOR CHANGE: ___wrong word_____

PAGE NO. __65__          LINE NO. _1 through 3_
NOW READS: _line 2, "yes"_____
CHANGE TO: _not necessarily_____
REASON FOR CHANGE: _I want officers to be right however, I will always be truthful regardless in my judgements and opinions as I have demonstrated in the past with prior cases and during my career

PAGE NO. _____          LINE NO. ____
NOW READS: _____
CHANGE TO: _____
REASON FOR CHANGE: _____

PAGE NO. _____          LINE NO. ____
NOW READS: _____
CHANGE TO: _____
REASON FOR CHANGE: _____

PAGE NO. _____          LINE NO. ____
NOW READS: _____
CHANGE TO: _____
REASON FOR CHANGE: _____

I, Terry Anderson, do make the above changes to the attached transcript per the reasons indicated. Other than these changes, the transcript is true and correct and may be presented to the Court as such.

2-21-2022
**Date**

*Terry Anderson*
**Terry Anderson**

## WITNESS' ATTESTATION

I, Terry Anderson, have read or have had the foregoing testimony read to me, pursuant to Rule 30(e) of the Federal Rules of Civil Procedure and/or Article 1445 of the Louisiana Code of Civil Procedure, and hereby attest that, to the best of my ability and understanding, it is a true and correct transcription of my testimony, with the exception of any attached corrections or changes, complete with reasons for changes, on the Witness' Amendment Pages;

I have in no way altered the emailed transcript pages containing testimony herein.  The integrity of this certified transcript has been maintained in the identical form as it was received by me, with the exception of any changes on the Witness' Amendment Pages.


2-21-2022
**Date**

_Terry Anderson_
**Terry Anderson**