
EXHIBIT 1A in globo
— Woodard vs. CPSO, et al : Deposition of Terry Anderson —
2/3/2022

## TRANSCRIPT CORRECTIONS/CHANGES

**NAME OF WITNESS:** Terry Anderson

**PAGE NO.** 21    **LINE NO.** 12
**NOW READS:** immense to that challenge
**CHANGE TO:** commitment to that challenge
**REASON FOR CHANGE:** wrong word

**PAGE NO.** 21    **LINE NO.** 24
**NOW READS:** no we dont do that
**CHANGE TO:** no we dont punch the dog
**REASON FOR CHANGE:** misunderstood her question, I thought she was implying that we punch the dog during certification.

**PAGE NO.** 47    **LINE NO.** 6
**NOW READS:** partially
**CHANGE TO:** potentially
**REASON FOR CHANGE:** wrong word

**PAGE NO.** 65    **LINE NO.** 1 through 3
**NOW READS:** line 2, "yes"
**CHANGE TO:** not necessarily
**REASON FOR CHANGE:** I want officers to be right however, I will always be truthful regardless in my judgements and opinions as I have demonstrated in the past with prior cases and during my career

**PAGE NO.** ____    **LINE NO.** ____
**NOW READS:** ____
**CHANGE TO:** ____
**REASON FOR CHANGE:** ____

**PAGE NO.** ____    **LINE NO.** ____
**NOW READS:** ____
**CHANGE TO:** ____
**REASON FOR CHANGE:** ____

**PAGE NO.** ____    **LINE NO.** ____
**NOW READS:** ____
**CHANGE TO:** ____
**REASON FOR CHANGE:** ____

I, Terry Anderson, do make the above changes to the attached transcript per the reasons indicated. Other than these changes, the transcript is true and correct and may be presented to the Court as such.

2-21-2022
**Date**

*[signed]* Terry Anderson
**Terry Anderson**

## WITNESS' ATTESTATION

I, Terry Anderson, have read or have had the foregoing testimony read to me, pursuant to Rule 30(e) of the Federal Rules of Civil Procedure and/or Article 1445 of the Louisiana Code of Civil Procedure, and hereby attest that, to the best of my ability and understanding, it is a true and correct transcription of my testimony, with the exception of any attached corrections or changes, complete with reasons for changes, on the Witness' Amendment Pages;

I have in no way altered the emailed transcript pages containing testimony herein. The integrity of this certified transcript has been maintained in the identical form as it was received by me, with the exception of any changes on the Witness' Amendment Pages.

2-21-2022
**Date**

_/s/ Terry Anderson_
**Terry Anderson**